**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| STRAUSSER ENTERPRISES, INC., | : | No. 173 MAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SEGAL AND MOREL, INC., SEGAL AND | : | |
| MOREL AT FORKS TOWNSHIP II | : | |
| INC. AND SEGAL AND MOREL AT | : | |
| FORKS TOWNSHIP III LLC, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of August, 2018, the Petition for Allowance of Appeal is

**DENIED**.